# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 22-649V

| | |
|---|---|
| LAURA WALLACE,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: May 14, 2024 |

*Timothy James Lessman*, Knutson & Casey Law Firm, Mankato, MN, for Petitioner.

*Bridget Corridon*, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION AWARDING DAMAGES[1]

On June 14, 2022, Laura Wallace filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered Guillain-Barre Syndrome ("GBS") as a result of her October 2, 2020 influenza ("flu") vaccination Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 5, 2023, a ruling on entitlement was issued, finding Petitioner entitled to compensation for GBS. On May 7, 2024, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $109,245.97 (representing $97,500.00 in pain and suffering, $2,036.02 in past unreimbursable expenses, and $9,709.95 in past lost wages). Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

2

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $109,245.97 (representing $97,500.00 in pain and suffering, $2,036.02 in past unreimbursable expenses, and $9,709.95 in past lost wages) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| LAURA WALLACE,   )<br>  )<br>         Petitioner, )<br>  )<br>v.  )<br>  )<br>SECRETARY OF HEALTH )<br>AND HUMAN SERVICES, )<br>  )<br>         Respondent. )<br>  ) | No. 22-649V **(ECF)**<br>Chief Special Master Corcoran |

**PROFFER ON AWARD OF COMPENSATION**[1]

**I.    Procedural History**

On June 14, 2022, Laura Wallace ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, as amended ("the Vaccine Act" or "the Act"), 42 U.S.C. §§ 300aa-1 to -34.  Petitioner alleges that she suffered Guillain-Barré Syndrome ("GBS") as a result of an influenza ("flu") vaccine administered to her on October 2, 2020.  *See* Petition.  On June 28, 2023, respondent filed his Vaccine Rule 4(c) report, concluding that petitioner suffered GBS as defined by the Vaccine Injury Table, within the Table timeframe.  ECF No. 20.  On July 5, 2023, Chief Special Master Corcoran issued a ruling on entitlement, finding that petitioner was entitled to compensation for a GBS Table injury.  ECF No. 21.

---

[1]  This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

## II. Items of Compensation

### A. Pain and Suffering

Respondent proffers that petitioner should be awarded $97,500.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

### B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $2,036.02. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

### C. Lost Wages

Evidence supplied by petitioner documents that she incurred past lost wages related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past lost wages in the amount of $9,709.95. *See* 42 U.S.C. § 300aa-15(a)(3)(A). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## III. Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment, as described below, and requests that the Chief Special Master's decision and the Court's judgment award the following: A lump sum payment of **$109,245.97** in the form of a check payable to petitioner.[2]

---

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for

II.   **Summary of Recommended Payments Following Judgment**

    Lump sum payable to petitioner, Laura Wallace:   **$109,245.97**

                Respectfully submitted,

                 BRIAN M. BOYNTON
                 Principal Deputy Assistant Attorney General

                 C. SALVATORE D'ALESSIO
                 Director
                 Torts Branch, Civil Division

                 HEATHER L. PEARLMAN
                 Deputy Director
                 Torts Branch, Civil Division

                 LARA A. ENGLUND
                 Assistant Director
                 Torts Branch, Civil Division

                 s/ *Bridget A. Corridon*
                 BRIDGET A. CORRIDON
                 Trial Attorney
                 Torts Branch, Civil Division
                 U.S. Department of Justice
                 P.O. Box 146
                 Benjamin Franklin Station
                 Washington, D.C. 20044-0146
                 Tel: (202) 305-4117
                 Email: bridget.corridon@usdoj.gov

DATED: May 7, 2024

---

future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.